AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| KitchenAid Global, LLC<br>Whirlpool Properties,  Inc.<br>Whirlpool Corp.<br><br>*Plaintiff(s)*<br><br>v.<br><br>Sensio Inc. dba Made by Gather<br>Jiangmen Yuweichang Electrial Appliance Ind. Co.,<br>Ltd.<br><br>*Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Sensio Inc.
dba Made by Gather
261 Madison Avenue, 25th Floor
New York, NY  10016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacob D. Rhode
Omar S. Khoury
Keating Muething & Klekamp PLL
One E. 4th Street, Suite 1400
Cincinnati, OH  45202

Marc Lorelli
Rebeca J. Cantor
Chelsea E. Pasquali
Brooks Kushman P.C.
150 W. Second Street, Suite 400N
Royal Oak, MI  48067-3846

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*